UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CARLOS VILA,<br><br>            Plaintiff,<br>v.<br><br>NICE KICKS HOLDINGS, LLC<br><br>            Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No. 1:21-cv-00037-LY<br>§<br>§<br>§<br>§<br>§<br>§ |

**MOTION TO TERMINATE RICHARD LIEBOWITZ
AS PLAINTIFF'S COUNSEL OF RECORD**

UPON the declaration of RICHARD LIEBOWITZ, the plaintiff's former counsel in this action, plaintiff respectfully moves the Court under its inherent authority for an order directing the Clerk of Court to terminate Richard Liebowitz as counsel of record in this action. Mr. Liebowitz is not currently licensed to practice law. *See* Declaration of Richard Liebowitz, ¶ 3, dated November 9, 2021, attached as Exhibit A hereto.  Accordingly, for good cause shown, it is respectfully submitted that the instant motion to terminate Mr. Liebowitz as counsel of record should be granted.

Dated: November 9, 2021
        Garden City, New York

                                        Respectfully submitted,

                                        SANDERS LAW GROUP

                                        By: */s/ Craig B Sanders*
                                        Craig B. Sanders, Esq.
                                        100 Garden City Plaza, Suite 500
                                        Garden City, NY 11530
                                        (516) 203-7600
                                        csanders@sanderslaw.group
                                        *Attorneys for Plaintiff*