UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CARLOS VILA,<br><br>                Plaintiff,<br><br>- against –<br><br>NICE KICKS HOLDINGS, LLC,<br><br>                Defendant. | Case No. 1:21-cv-00037-LY<br><br>**DECLARATION OF RICHARD LIEBOWITZ** |

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I formerly represented the plaintiff Carlos Vila in the above-referenced action and the docket reflects that I remain counsel of record for plaintiff.

2. On November 25, 2020, I was suspended from the practice of law in the United States District Court for the Southern District of New York pending further disciplinary proceedings. Reciprocal suspensions were thereafter imposed in other federal jurisdictions where I have appeared as counsel of record.

3. On November 3, 2021, I was suspended from the practice of law in the State of New York pending further disciplinary hearings.  Accordingly, I am no longer licensed to practice law.

4. Based on the foregoing, I respectfully submit that I should be terminated as counsel of record in this action. Plaintiff's lead counsel, Craig B. Sanders, Esq., has my authority to request the Court that I be terminated as counsel of record for plaintiff.

Dated: November 9, 2021
       New Rochelle, New York

*Richard Liebowitz*
RICHARD LIEBOWITZ